# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD SALAS, | No. 2:16-CV-00113-FVS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED ORDER FOR REMAND |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | ECF No. 16, 25, 26 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on March 27, 2017, ECF No. 26, recommending the parties' Stipulated Motion to Remand, ECF No. 25, be granted. No objection was filed. After review, the court hereby adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 26,** to grant the parties' Stipulated Motion to Remand, **ECF No. 25**, is **ADOPTED in its entirety**.

2.      Plaintiff's Motion for Summary Judgment, **ECF No. 16,** is

**GRANTED.**

3.      An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order and forward

copies to the parties.  Judgment shall be entered for Plaintiff and the file shall be

**CLOSED**.

DATED April 12, 2017.


_s/Fred Van Sickle_
Fred Van Sickle
Senior United States District Judge